```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
MATTHEW MCDERMOTT,                                         :
                                                           :
                              Plaintiff,                   :
                                                           :           24-CV-3785 (VSB)
            -against-                                      :
                                                           :                 ORDER
                                                           :
DEBORAH BRADLEY CONSTRUCTION &                             :
MANAGEMENT SERVICES INC.,                                  :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On July 16, 2024, I extended the deadline for Defendant to respond to Plaintiff's complaint to August 14, 2024. (Doc. 14.) Although Defendant has missed this deadline, Plaintiff has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than September 6, 2024. If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   August 26, 2024
         New York, New York

*[signature: Vernon Broderick]*
VERNON S. BRODERICK
United States District Judge