UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
MATTHEW MCDERMOTT, :
:
                      Plaintiff, :
:     24-CV-3785 (VSB)
            -against- :
:     **ORDER**
DEBORAH BRADLEY CONSTRUCTION & :
MANAGEMENT SERVICES INC., :
:
                    Defendant. :
:
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: October 22, 2024
       New York, New York

                                                 _____
                                                 Vernon S. Broderick
                                                 United States District Judge